DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE AMERICAN ISLAMIC CENTER OF FLORIDA, INC.,**
a Florida Not for Profit Corporation,
Appellant,

v.

**AICF ISLAMIC CENTER OF FLORIDA, INC.,** a Florida Not for Profit
Corporation, **AHMAD ABDUL REDA,** an individual, **MIKE SOUEID,** as
Records Custodian, and **MCGOEY, SHARFI, & CO., CPAS P.A.,** as
Records Custodian,
Appellees.

No. 4D2023-1927

[July 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-
014877.

Thomas J. Gruseck, West Palm Beach, for appellant.

Kenneth L. Minerley and Ashley D. Adras of Minerley Fein, P.A., Boca
Raton, for appellee AICF Islamic Center of Florida, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***